BARR & SHOULBERG, INC., v. HORNER BROTHERS WOOLEN MILLS COMPANY.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EAGLE INDEMNITY COMPANY v. STANDARD OIL COMPANY OF NEW YORK.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CARMELO SILVESTRO v. P. FURY and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HENRY L. BAUGHER v. STANLEY K. OLDDEN.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of CHARLES ROTH, Deceased.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

RUFUS M. OVERLANDER v. WESTERN UNION TELEGRAPH COMPANY.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situate on the Southerly Side of West One Hundred and Seventy-second Street Between Nelson and Shakespeare Avenues, Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes According to Law. — Reference ordered to Charles H. Strong, Esq. Settle orders on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

DOROTHY H. JAKOBS v. NED JAKOBS. MARIETTA JAKOBS.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THOMAS C. CAMPBELL and Another, as Receivers, etc., v. THE EMPIRE, LTD., and Others.— Motion granted on condition that the total of the bonds furnished shall equal $2,500. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

D'ANGELO FOUNDATION CORPORATION v. THE CITY OF NEW YORK and Others, Impleaded with D. M. W. CONTRACTING COMPANY, INC.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SAMUEL EPSTEIN v. ALFRED HORN and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ALPHA SILK THROWING CO., INC., a New Jersey Corporation, v. H. FUJIMURA & CO., INCORPORATED, and Another.— Motion denied, without prejudice to an application for the same relief at Special Term. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

## SECOND DEPARTMENT, APRIL, 1931.

FRANK SHAPIRO, Respondent, v. WALDEMAR J. RUBENS, Appellant.— Motion for reargument of motion for stay of examination before trial denied; the examination to proceed in accordance with stipulation to be submitted. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.